**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CLARENCE COLLINS                                                                                          PLAINTIFF
ADC #84568

V.                                             NO: 5:07CV00017 SWW

GEORGE BREWER *et al.*                                                                                 DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Defendants' motion for judgment on the pleadings (docket entry #35) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 12th day of February, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE